NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NIPPON SHINYAKU CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee*

---

2019-1824

---

Appeal from the United States District Court for the District of Columbia in No. 1:10-cv-01142-EGS, United States District Judge Emmet G. Sullivan.

---

**JUDGMENT**

---

ANTHONY F. LO CICERO, Amster Rothstein & Ebenstein LLP, New York, NY, argued for plaintiff-appellant. Also represented by MARION P. METELSKI, HOLLY PEKOWSKY.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

defendant-appellee.   Also   represented   by   KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court